1  Joseph R. Manning, Jr. (SBN 223381)
   ADAPracticeGroup@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*

6  ANTHONY BOUYER

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case No.: 2:20-cv-03593-JAK-AGR |
| Plaintiff, | Hon. John A. Kronstadt |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| DIACIABERT COMMERCIAL DEVELOPMENT N.V., a Foreign corporation; and DOES 1-10, inclusive, | Complaint Filed: April 20, 2020<br>Trial Date: None |
| Defendants | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : August 111, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorney for Plaintiff
Anthony Bouyer

# CERTIFICATE OF SERVICE

I certify that on August 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: August 11, 2020           **MANNING LAW, APC**


By:   */s/ Joseph R. Manning, Jr., Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorney for Plaintiff,
      Anthony Bouyer